**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**FRANK W. DEARSTYNE,**

                                    Petitioner,

                  v.                              9:04-CV-741
                                                                  (FJS/VEB)

**WILLIAM MAZZUCA, Superintendent,**
**Fishkill Correctional Facility,**

                                    Respondent.

---

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **KELLEY, DRYE & WARREN LLP**<br>101 Park Avenue<br>New York, New York 10178<br>Attorneys for Petitioner | **JAMES V. O'GARA, ESQ.** |
| **OFFICE OF THE FEDERAL**<br>**PUBLIC DEFENDER**<br>The Clinton Exchange, 3rd Floor<br>4 Clinton Street<br>Syracuse, New York 13202<br>Attorneys for Petitioner | **LISA A. PEEBLES, FPD** |
| **OFFICE OF THE NEW YORK**<br>**STATE ATTORNEY GENERAL**<br>120 Broadway<br>New York, New York 10271<br>Attorneys for Respondent | **PAUL B. LYONS, AAG**<br>**ALYSON J. GILL, AAG** |

**SCULLIN, Senior Judge**

## ORDER

      On August 21, 2015, this Court entered judgment, denying and dismissing Petitioner's amended petition in its entirety. *See* Dkt. No. 128. Petitioner appealed that judgment and, on March 7, 2017, the Second Circuit issued its mandate, affirming in part and reversing in part this

Court's judgment. *See* Dkt. No. 132.

In conformance with the Second Circuit's mandate, the Court hereby

**ORDERS** that Petitioner's amended petition for a writ of habeas corpus is **conditionally GRANTED** and Petitioner is **released from parole** unless a New York court adjudicates the voluntariness of Petitioner's confession within ninety (90) days of the date on which the Second Circuit issued its mandate; and the Court further

**ORDERS** that Respondent shall file with the Court and serve on opposing counsel a copy of the New York court's decision, if any, regarding the voluntariness of Petitioner's confession within five (5) days of the date of that decision and, in no event, later than ninety-five (95) days after the date on which the Second Circuit issued its mandate; and the Court further

**ORDERS** that, if the New York court's adjudication of the voluntariness of Petitioner's confession results in a determination that Petitioner is entitled to a new trial, a new trial **must be held within 180 days** of the date on which the Second Circuit issued its mandate; and the Court further

**ORDERS** that Respondent shall file with the Court and serve on opposing counsel a status report, indicating the date scheduled for any such trial; and, at the conclusion of any such trial, shall file with the Court and serve on opposing counsel a letter brief setting forth the results of said trial; and the Court further

**ORDERS** that the Clerk of the Court shall enter an **AMENDED JUDGMENT** consistent with this Order and the Second Circuit's mandate; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: March 8, 2017
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge